UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   4:21CR00202 SRC |
| GLENDA SEIM, | ) ) ) | |
| Defendant. | ) ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BOND

Comes now the United States of America, by Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tracy Lynn Berry, Assistant United States Attorney for said District, and concurs with Defendant's motion for continuation of bond pending sentencing.

While the defendant has been counseled for her possession of multiple cellphones on June 30, 2021 and July 27, 2021, the Government does not possess any evidence that she poses a risk of flight or is a danger to the community. DCD 25; DCD 29; 18 U.S.C. § 3143(a)(1). When coupled with Defendant's age and medical condition, the Government concurs with defense counsel's request that Defendant be allowed to remain on the current conditions of release pending the sentencing hearing.

Accordingly, the Government requests that Defendant be permitted to remain on her

current bond.

                                          Respectfully submitted,

                                          SAYLER A. FLEMING
                                          United States Attorney

                                          s/ Tracy Lynn Berry
                                          TRACY LYNN BERRY #014753 TN
                                          Assistant United States Attorney
                                          111 South 10th Street, Room 20.333
                                          St. Louis, Missouri 63102
                                          (314) 539-2200

## CERTIFICATE OF SERVICE

A copy of the foregoing was forwarded through the electronic case filing system this 28th day of October, 2021 to: Lucille G. Liggett, Esq.

                                           s/Tracy L. Berry
                                          ASSISTANT UNITED STATES ATTORNEY