Judge Clark
Eastern District of Missouri
111 So 10th St
St Louis, MO 63102

Your Honor:

My name is Jan Maples of Warrenton, MO. I have lived here 17 years and prior to that lived in St. Charles County, MO. since 1971. I retired from Southwestern Bell with 26 years service. Later I returned to work with ATT for 10 more years. I've worked at being a good citizen. No prior criminal history. I am 77 years old and have known Glenda Sue Seim since 1966. She is my cousin by marriage.

I met Glenda in 1966 at a family reunion. She was there with her family, including her terminally ill daughter Glenda Ann. I was impressed with her loving care for her daughter.

Our friendship grew from there over the years. I saw Glenda as a very good person with good values. She was a good mother, wife, friend and citizen. As all of us, we encounter life's problems. So did Glenda, see is a survivor. I did note sometimes Glenda drifted into depression and lonliness but would deal with the problems. She accepted medical help and

Glenda had strong belief in God and His Providence and care. So she always overcame.

When Glenda first told me of the charges against her, I was flabbergasted! It seemed out of character. She came from a good home that was upright, moral, trustworthy. At the worst, Glenda is naive but I see her as decent, hardworking. Judge Clark, I ask for you to take this letter into consideration when you make your decision and decide her punishment.

Glenda was naive and was influenced by a professional scammer. She was no match for him. He talked nice to her and boosted her self esteem. She doesn't have a prior criminal record so please consider this letter for her character. I'm thanking you in advance.

Sincerely,
Jen Maples
2-21-22

Ms. Michelle Whitener
Concordia House Apartments

Kirkwood, MO. 63122

February 23, 2022

The Office of the UNITED STATES ATTORNEYS
Eastern District of Missouri; Department of Justice
United States District Court Judge Stephen R. Clark
St. Louis, MO.

Greetings Judge Stephen R. Clark,

I am writing this letter in regards to Glenda S. Seim. I started managing Concorida House Apartments back in October 2021. This is when I met Ms. Glenda and immediately had a connection to her sweet soul. I know that she made a mistake in the past due to being in love and would ask you please use leniency for her sentence. I do strongly believe that she is remorseful and is defiantly experiencing the consequences due to her actions. She has lost her home, friends and many, many other things and being judged by many of her peers and strangers she has not even met.

Please have mercy on her she is an elderly woman and would not be able to survive in a prison like setting. She needs to have a support system to get her through these difficult times. I will be here for Glenda every step of the way no matter what the outcome is but would really appreciate you taking her age in consideration.

I believe everyone makes mistakes and deserve and 2nd chance.

Thank You,

*Michelle Whitener*
Michelle Whitener

Ms. Anne Marie Gordon

Kirkwood, MO. 63122

February 16, 2022

The Office of the UNITED STATES ATTORNEYS
Eastern District of Missouri; Department of Justice
United States District Court Judge Stephen R. Clark
St. Louis, MO.

Greetings Judge Stephen R. Clark,

My name is Anne Marie Gordon. I have known Ms. Glenda Seim every since I moved into the Concordia House Apartment. That was in August of 2015, shortly after my mother's passing and selling our house. I live in apartment #210. I was at the elevator one day and her apartment door was open, so I peeped in and there was her beautiful bed with white bedding, because her bed was so high, she had a step stool. But her place was beautiful and the bed majestic looking. I introduced myself to her as her new neighbor and that I was admiring her lovely furnishing. And from that point on, we be*cause* friends.

She had a car but could did not drive it. She was having problems paying her sales tax. At some point she was able to save enough money to get her car license. But as time went on, she was no longer able to keep her car. When my car became inoperable, Ms. Glenda graciously took me to work and picked me up. No questions asked, no money required. Shortly thereafter I was able to purchase a car from Royal Gate Dodge. Out of the kindness of her heart, Ms. Glenda took me out there that day and stayed with me until I had my new car. I love Ms. Glenda dearly as a friend. We have laughed together, we have cried together, we have talked about our good and our bad days, our families, she has one son and I have one daughter. We would reminisce about our lives. We've shared dinners before, been out to dinner together on several occasions. I invited her to church and she came with me. I was pleased to introduce her at an African American church as my friend.

I had gotten a whiff of this guy a while ago, and she was just so infatuated with him. He promised her the moon and she fell for it. He promised her several summers ago that he was coming to St. Louis to see her. I had told her that we as older women, we have to be very careful and very, very mindful as to where we lay our head at night, and who we put our trust in. We all want someone to love and love us, **but he wasn't the one.** Of course he did not show up. And she was hurt. My heart grieved for her. When I read the article titled ***"Kirkwood resident pleads guilty for identify theft"*** I was shocked, and sadden that it had gotten out of hand this much. Several times before we've talked about scam artist, but she was in love (she glowed and it showed in her overall appearance). No young man really wants us older women, especially one that neither one has seen. I know it, and she knew it, but she was blinded by love. Ms. Glenda would give you the shirt off of her back, for those that she loves and respects. But I had no idea that she had let herself be used this much.

I am asking the court system to please have mercy on her, show her some leniency, to know her is to love her. I know what she has done is terrible especially when I read it. And to be addressed as a **"money mule"** I was shocked, and it truly grieves my spirit to even see that in writing. And you know what? She's paying for the consequences of her actions right now. She's lost everything, her beautiful furniture; her apartment at Concordia, she lost some friends, and she was financially broke at times. But Thank the **Lord** her son found her a place to stay. I would hate to see her trying to live somewhere in the city. They would eat her up. My heart does go out to the person(s) who lost all their money as a result of her/their gross neglect, what's going to happen to those persons who were the actual perpetrators of this crime?

I just hope that Judge Stephen R. Clark (I'm assuming will be the presiding judge at her sentencing) will take into consideration, her age, and her mental state at this time and now. And who is going to benefit from the court decision, and what are you/they going to gain by sending her to jail at her age and at the taxpayer expense? Again, in reality, the only person that is serving time and has made her own bed, so she has to sleep in it, and even though she may not be behind bars, in reality she is - Ms. Glenda Seim.

Respectfully submitted, Anne Marie Gordon

February 21, 2022

To: Judge Clark,

 I am writing this letter on behalf of my friend Glenda Sims. I have known Glenda as a friend and neighbor for 9 years. She is quiet and shy and a gentle friend. She was never rude or mean to anybody. She is well liked at Concordia House where she previously lived. She took an interest in her friends & was always respectful.

 I truly appreciate her urging me to return to church. We both joined the Geyer Road Baptist church in Kirkwood.

 I am proud to be her friend and know she is embarassed and remorseful about her circumstances. I hope that she can have a more stable future.

  Respectfully,
  Connie Gazaway